UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Denise L. Severino-Todd, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Wal-Mart, Inc. | ) | 5:11-CV-336-BR |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that Wal-Mart's motion to dismiss the complaint (DE # 13) is GRANTED, and this action is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to enter judgment in favor of Wal-Mart and close the case.

**This judgment filed and entered on December 20, 2011, and served on:**

 Angela B. Cummings (Via CM/ECF Notice of Electronic Filing)
Julie Kerr Adams (Via CM/ECF Notice of Electronic Filing)
Denise L. Severino-Todd (Via US Mail at 3154 Highway 117 North, Apt. A, Goldsboro, NC 27530

December 20, 2011                                /s/ Dennis P. Iavarone,
                                                 Clerk of Court